(132 So. 909)

**Will BERRYMAN v. CITY OF HUNTSVILLE.**
8 Div. 283.

Court of Appeals of Alabama.
Jan. 22, 1931.

PER CURIAM.

Appeal dismissed for want of prosecution.

(137 So. 916)

**V. Roy BESS v. STATE.**
4 Div. 774.

Court of Appeals of Alabama.
Nov. 10, 1931.

SAMFORD, J.
Appeal dismissed.

(138 So. 920)

**Dan BETHANY, alias Bephamy, v. STATE.**
6 Div. 79.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Appeal dismissed.

(132 So. 910)

**Lewis BIGGS v. STATE.**
2 Div. 472.

Court of Appeals of Alabama.
March 24, 1931.

RICE, J.
Affirmed.

(131 So. 913)

**BIRMINGHAM ELECTRIC CO. v. D. M. FARRAH.**
6 Div. 858.

Court of Appeals of Alabama.
April 29, 1930.

PER CURIAM.
Appeal dismissed by consent.

(137 So. 916)

**Bud BLACKMAN v. STATE.**
4 Div. 775.

Court of Appeals of Alabama.
Nov. 10, 1931.

RICE, J.
Appeal dismissed.

(137 So. 917)

**T. K. BLACKMAN v. STATE.**
4 Div. 808.

Court of Appeals of Alabama.
Nov. 10, 1931.

BRICKEN, P. J.
Appeal dismissed.

(133 So. 922)

**Henry BLACKMAN v. STATE.**
4 Div. 762.

Court of Appeals of Alabama.
Jan. 27, 1931.

Rehearing Denied Feb. 24, 1931.

Sollie & Sollie, of Ozark, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.